IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-cr-30049-SMY |
| | ) |
| CALVIN GATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Defendant Calvin Gates pleaded guilty to conspiracy to distribute and possession with intent to distribute "crack" cocaine and was sentenced to 120 months' imprisonment and 5 years of supervised release (Docs. 232, 247). Now pending before the Court is Gates' Motion for Early Termination of Supervised Release (Doc. 379).[1]

The Court, having been fully advised in the premises, hereby **GRANTS** the motion. Accordingly, Defendant Calvin Gates' term of supervised release shall be **TERMINATED** effective September 25, 2024.

**IT IS SO ORDERED.**

**DATED:** September 25, 2024

**STACI M. YANDLE**
**United States District Judge**

---

[1] Defendant asserts that neither the Government nor Probation have an objection to the motion.